

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| JUAN CARLOS AGUEROS, | § | No. 08-16-00063-CR |
| Appellant, | § | Appeal from the |
| v. | § | 277th District Court |
| THE STATE OF TEXAS, | § | of Williamson County, Texas |
| State. | § | (TC# 02-940-K277) |

§

**O R D E R**

The Clerk's Record in the above styled and numbered cause was due May 9, 2016, but has not been filed. The District Clerk has notified the Court that Appellant has not paid for preparation of the clerk's record. It is therefore ORDERED that the trial court conduct a hearing to determine whether Appellant desires to continue with this appeal and whether Appellant is entitled to a clerk's record at county expense. The trial judge shall enter any necessary orders and/or findings and shall forward them to the District Clerk of Williamson County on or before June 15, 2016. The District Clerk shall prepare a supplemental clerk's record containing the trial court's findings and/or orders and forward the same to this Court on or before June 25, 2016. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before June 25, 2016.

IT IS SO ORDERED this 26th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.